1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARK NERI,** ) | **1:10-CV-823  AWI GSA** |
| ) | |
| **Plaintiff,** ) | **ORDER TAKING MATTER** |
| **v.** ) | **UNDER SUBMISSION** |
| ) | |
| **THE COUNTY OF STANISLAUS** ) | |
| **DISTRICT ATTORNEY'S OFFICE,** ) | |
| **COUNTY OF STANISLAUS, and DOES** ) | |
| **1 through 50, inclusive,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

   Currently pending before this Court is Defendants' Rule 12(b)(6) motion to dismiss.  The court has reviewed the submissions of the parties and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

   Therefore, IT IS HEREBY ORDERED that as of July 27, 2010, the Court will take the motion to dismiss under submission and will thereafter issue its decision.


IT IS SO ORDERED.


Dated:    July 27, 2010    

                                                    _____

                                                    CHIEF UNITED STATES DISTRICT JUDGE